AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

v.  Case Number CR 2:17-CR-00013-MHH-GMB-1

ZACHARY EDWARDS
  Defendant.

### JUDGMENT AND COMMITMENT ORDER
### ON REVOCATION OF SUPERVISED RELEASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, ZACHARY EDWARDS, was represented by Kevyn Armstrong Wright.

It appearing that the defendant in this case, who was convicted on 1/26/2018 and sentenced to custody for a total term of 71 months and placed on supervised release for a period of 36 months, has violated the terms of supervised release, it is ORDERED that supervised release is REVOKED. As pronounced on 3/8/2023, the defendant shall be committed to the custody of the United States Bureau of Prisons for a term of 12 months with no term of supervision to follow. The sentence in this case shall run concurrent with the sentence in case 22-CR-332-MHH-GMB.

The defendant remanded to custody of United States Marshal.

Signed this the 14th day of March, 2023.

MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE